UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:18-CR-00200-01** |
| **VERSUS** | **JUDGE DRELL** |
| **REGINALD T WARREN (01)** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Considering the filings made in this case, the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. 74) that an evidentiary hearing be held for the preparation of proposed findings of fact as recommended.

Further, the recommendation of the Magistrate Judge to defer ruling on objections is likewise adopted.

The Court will also accept a Report and Recommendation from the Magistrate Judge on the merits of the main motion to vacate under 28 U.S.C.§ 2255.

THUS, DONE in Chambers on this ___15___ day of February 2022.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**