UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent | CRIMINAL DOCKET NO. 1:18-CR-00200 |
| VERSUS | DISTRICT JUDGE DRELL |
| REGINALD T. WARREN, Petitioner | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Warren's § 2255 Motion to Vacate, Set Aside, or Correct Sentence is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 27th day of September 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT